# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MICHAEL PATTON,** *et al.*                                                           **PLAINTIFFS**

**V.**                             **CIVIL ACTION NO. 2:16-CV-186-KS-MTP**

**WAYNE COUNTY, MISSISSIPPI,** *et al.*                            **DEFENDANTS**

### ORDER

On December 6, 2016, Defendant Jody Ashley filed a Motion for Judgment on the Pleadings [5]. Plaintiffs shall respond on or before **December 20, 2016**. L.U.Civ.R. 7(b)(4). If Defendant wants to file a reply, he may do so on or before **December 28, 2016**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiffs' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the __7th__ day of December, 2016.

                                                     s/Keith Starrett
                                                     KEITH STARRETT
                                                     UNITED STATES DISTRICT JUDGE